UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAYSON RYAN BUTCHER,

          Petitioner,

v.

STATE OF WASHINGTON,

          Respondent.

Case No. C20-5021-RBL-TLF

REPORT AND RECOMMENDATION

Noted for March 20, 2020

The District Court has referred this 28 U.S.C. § 2254 action to United States Magistrate Judge Theresa L. Fricke. Petitioner, proceeding *pro se*, filed a proposed petition on January 6, 2020. Dkt. 1. On January 10, 2020, the Clerk of Court sent petitioner a letter notifying him that he had failed to meet the filing fee requirement. Dkt. 5. The Clerk of Court instructed petitioner to submit the $5.00 filing fee or an application to proceed *in forma pauperis* (IFP). *Id*. The Clerk of Court warned petitioner that if he did not respond to the letter by February 10, 2020, the action may be subject to dismissal. *Id*.

Petitioner has not responded to the Clerk of Court's letter, has not paid the filing fee, and has not filed an application to proceed IFP. As petitioner has failed to prosecute this case, the Court recommends this case be dismissed without prejudice.

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985).

1  Accommodating the time limit imposed by Rule 72(b), the Clerk is directed to set the

2  matter for consideration on **March 20, 2020**, as noted in the caption.

3  Dated this 4th day of March, 2020.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2