# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

JAYSON RYAN BUTCHER,

                Petitioner,

  v.

STATE OF WASHINGTON,

                Respondent.

Case No. C20-5021-RBL-TLF

ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court on Magistrate Judge Fricke's Report and Recommendation [Dkt. # 6], recommending that the Court dismiss petitioner's federal habeas petition without prejudice:

(1)    the Magistrate Judge's report and recommendation is approved and adopted;

(2)    petitioner's federal habeas corpus petition is DISMISSED without prejudice; and

(3)    the Clerk is directed to send copies of this Order to petitioner, to Magistrate Judge Theresa L. Fricke and to any other party that has appeared in this action.

IT IS SO ORDERED.

Dated this 28th day of April, 2020.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1